AMERICAN MOTORS CORP. ET AL. *v.* CITY OF KENOSHA.

No. 343.   Decided March 10, 1958.

*Solicitor General Rankin, Assistant Attorney General Rice, John N. Stull, A. F. Prescott* and *H. Eugene Heine, Jr.* for the United States, and *Alfred E. LaFrance* for the American Motors Corporation, appellants.

*Wm. J. P. Abert* and *Robert V. Baker* for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, MR. JUSTICE HARLAN, and MR. JUSTICE WHITTAKER dissent for the reasons set forth in their dissenting opinions in *City of Detroit* v. *Murray Corp.,* 355 U. S. 489, 495, 505, 511, decided March 3, 1958.